# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE WRIGHT

NO. 2022 KW 0368

**JULY 5, 2022**

---

In Re:   George Wright, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-14-0118.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Clerk of Court shows that on February 22, 2022, the district court denied relator's "Motion for Production of Grand Jury Testimony."

                              **PMc**
                              **JEW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT